NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCED MARKETING SYSTEMS, LLC,**
*Appellant*

**v.**

**WALGREEN CO., AHOLD USA, INC., DELHAIZE AMERICA, LLC, PUBLIX SUPER MARKETS, INC.,**
*Appellees*

---

2017-2288, 2017-2337, 2017-2338, 2017-2339

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2016-00012, CBM2016-00013, CBM2016-00014, CBM2016-00015.

---

## JUDGMENT

---

ROBERT WILLIAM MOLITORS Miles & Stockbridge PC, Tysons Corner, VA, argued for appellant. Also represented by MICHAEL ANTHONY MESSINA, KURT CHARLES ROMMEL.

STEPHEN BLAKE KINNAIRD, Paul Hastings LLP, Washington, DC, argued for all appellees. Appellee Walgreen Co. also represented by PHILLIP W. CITROEN, NAVEEN

MODI, JOSEPH PALYS, MICHAEL WOLFE.

ROBERT L. LEE, Alston & Bird LLP, Atlanta, GA, for appellees Ahold USA, Inc., Delhaize America, LLC, Publix Super Markets, Inc. also represented by HOLLY HAWKINS SAPORITO.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (STOLL, PLAGER, and CLEVENGER, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 7, 2018      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court